IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER JOSEPH COOK, III,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SCOTT KERNAN,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　／ | No. C 15-06343 WHA<br><br><br>**ORDER TO SHOW CAUSE** |

　　　　In this habeas action, a previous order, issued by Magistrate Judge Laurel Beeler, ordered respondent Scott Kernant to respond to the instant habeas petition by April 4, 2016 (Dkt. No. 8). The case was subsequently reassigned to the undersigned judge and the reassignment order stated that all briefing schedules and other deadlines remained unchanged (Dkt. No. 12). It is now over a month past the deadline and no response to the habeas petition has been received. By **NOON ON MAY 23, 2016**, respondent is hereby **ORDERED TO SHOW CAUSE**, in writing, why no response to the habeas petition has been filed. By that same date, respondent shall file either an answer to the petition or a dispositive motion. Failure to respond, or to show good cause why no response was filed by April 4, will result in the habeas petition being granted.

　　　　**IT IS SO ORDERED.**

Dated: May 11, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ William Alsup
　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE