IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WALTER JOSEPH COOK, III,

    Plaintiff,

  v.

SCOTT KERNAN,

    Defendant.

No. C 15-06343 WHA

**ORDER GRANTING IN PART AND DENYING IN PART RESPONDENT'S MOTION FOR ENLARGEMENT OF TIME**

Respondent asks for a 30-day extension to file its reply in support of its motion to dismiss. Respondent submits a declaration by counsel asserting the extension is needed to obtain files related to petitioner's habeas petition in state court, which will take up to three weeks from June 10, 2016. Respondent should be in possession of the files by July 1, 2016. An extension is appropriate but not for the length of time requested. Respondent shall file its reply brief on **JULY 5, 2016**. The hearing shall take place as scheduled on July 14, 2016.

**IT IS SO ORDERED.**

Dated: June 15, 2016.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE