IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER JOSEPH COOK,III,<br><br>    Plaintiff,<br><br>  v.<br><br>SCOTT KERNAN,<br><br>    Defendant.<br>_____/ | No. C 15-06343 WHA<br><br>**ORDER RE REQUEST FOR EXTENSION** |

     In this habeas action, a previous order, issued by Magistrate Judge Laurel Beeler, ordered respondent Scott Kernant to respond to the instant habeas petition by April 4, 2016 (Dkt. No. 8). The case was subsequently reassigned to the undersigned judge and the reassignment order stated that all briefing schedules and other deadlines remained unchanged (Dkt. No. 12). Respondent failed to respond by the deadline and was subsequently ordered to show cause why no response to the habeas petition had been filed. On May 20, 2016, respondent explained that the failure to respond had been due to an oversight. That same day, respondent filed a motion to dismiss the petition. On June 20, 2016, respondent withdrew the motion to dismiss and asked the court for 60 days to file an answer to the petition.

     A further delay of 60 days is not justified. By **JULY 25, 2016**, respondent shall file with the court and serve on petitioner an answer showing cause why a habeas corpus should not be

issued. If the petitioner wishes to respond to the answer, he must do so by filing a traverse with the court and serving it on respondent within 30 days of his receipt of the answer.

**IT IS SO ORDERED.**

Dated: June 30, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE