Caroline N. Mitchell (State Bar No. 143124)
cnmitchell@JonesDay.com
Paul C. Hines (State Bar No. 294428)
phines@jonesday.com
Kelsey Israel-Trummel (State Bar No. 282272)
kitrummel@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     +1.415.626.3939
Facsimile:     +1.415.875.5700

Sarah C. Pomeroy (pro hac vice pending)
spomeroy@jonesday.com
JONES DAY
51 Louisiana Ave NW
Washington, DC 20001
Telephone:     +1.202.879.3939
Facsimile:     +1.202.626.1700

*Attorneys for Petitioner*
*Walter Joseph Cook III*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WALTER JOSEPH COOK III,<br><br>Petitioner,<br><br>v.<br><br>SCOTT KERNAN, Acting Secretary For The California Department Of Corrections And Rehabilitation; RONALD DAVIS, Warden of San Quentin State Prison,<br><br>Respondents. | **Case No. 15-cv-06343-WHA**<br><br>**[PROPOSED] ORDER GRANTING PETITIONER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REQUEST FOR EVIDENTIARY HEARING**<br><br>The Honorable William Alsup |

[PROPOSED] ORDER GRANTING
PETITIONER'S MOT. FOR EXTENSION OF TIME
Case No. 15-cv-06343-WHA

1

**ORDER**

2   Upon Motion of Petitioner and for good cause shown, IT IS HEREBY ORDERED that

3   the deadline for Petitioner to file a request for an evidentiary hearing is extended up to and

4   including January 19, 2017, the deadline for Respondent to file an opposition, if any, is extended

5   to February 2, 2017, and the deadline for Petitioner to file a reply, if any, is extended to February

6   9, 2017.

7

8   Dated: December 22, 2016.   By: /s/ William H. Alsup
     William H. Alsup
9                               United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28